UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES -- GENERAL

Case No.   CR 12-00009 DDP                                Dated: January 24, 2014

================================================================
PRESENT:   HONORABLE DEAN D. PREGERSON, JUDGE

| John A. Chambers | None Present | Kristen A. Williams |
|---|---|---|
| Courtroom Deputy | Court Reporter | Asst. U.S. Attorney |
|  |  | Not Present |

================================================================
U.S.A. vs (Dfts listed below)            Attorneys for Defendants

1)   SEONWEON KIM                        1)   Garo B. Ghazarian
     Not Present                              Not Present

_____

PROCEEDINGS:        MINUTE ORDER (IN CHAMBERS)


At the request of counsel, the SENTENCING is hereby continued from February 24, 2014 to July 3, 2014 at 2:30 p.m.


**cc:  P. O. &  P. S. A. L. A.**

                                                   :   N/A
                              Initials of Deputy Clerk    JAC